**HONORABLE BENJAMIN H. SETTLE**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 3:13-CR-05597-BHS-004 |
| vs. | ) ORDER ALLOWING FILING OF DOCUMENTS )  UNDER SEAL |
| JENNIFER KLEPACH, | ) |
| Defendant. | ) |

THIS MATTER having come on regularly before the above-entitled Court upon Motion of Defendant, JENNIFER KLEPACH, the Court finding it appropriate to allow the filing of the following documents under seal: Defendant Klepach's sentencing memorandum, and Defendant Klepach's Mitigation Packet for Sentencing.

ORDERED that the above document be filed under seal in this proceeding.

Dated this 17 day of September, 2014.

_____
BENJAMIN SETTLE
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/
_____
BRYAN G. HERSHMAN, WSB #14380
Attorney for Defendant Klepach

ORDER ALLOWING FILING OF
DOCUMENTS UNDER SEAL          -1-

BRYAN G. HERSHMAN
ATTORNEY AT LAW
1105 Tacoma Ave. S.
Tacoma, Washington 98402
Tac. (253) 383-5346
Fax. (253) 572-6662