HONORABLE JUDGE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JENNIFER KLEPACH,

           Defendant.

NO. CR-05597-BHS-4

ORDER ALLOWING FILING OF DOCUMENTS UNDER SEAL (PROPOSED)

THIS MATTER having come on regulary before the above-entitled Court upon Motion of the Defendant, JENNIFER KLEPACH, the Court finding it appropriate to allow the filing of the following under seal: Defendant KLEPACH's Motion to Continue Sentencing with attached supporting documents.

IT IS ORDERED, ADJUDGED, AND DECREED, that the Defendant's Motion to Continue Sentencing with Supporting Documents are filed under seal in this proceeding.

DONE this 17th day of September, 2014.

_____
HONORABLE JUDGE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

_____
BRYAN G. HERSHMAN
Attorney for Defendant

_____
MARK PARRENT
Assistant United States Attorney

ORDER ALLOWING FILING OF
DOCUMENTS UNDER SEAL (PROPOSED)

**BRYAN G. HERSHMAN**
ATTORNEY AT LAW
1105 Tacoma Ave. S.
Tacoma, Washington 98402