The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER KLEPACH,<br><br>　　　　　Defendant,<br><br><br>JOSE VENTURA-GARCIA,<br><br>　　　　Third Party<br>　　　　Claimants/Petitioners. | No. CR13-5597BHS<br><br>**ORDER GRANTING JOINT MOTION TO CONDUCT DISCOVERY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 32.2** |

　　This matter having come before the Court on the Motion of the United States and Petitioner Jose Ventura-Garcia, requesting this Court for authorization to conduct discovery, and to set an ancillary hearing date, and the Court having considered the representations of counsel and the files and records herein, it is hereby

　　ORDERED that, pursuant to Rule 32.2, Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(m), the United States and the petitioner may conduct discovery, pursuant to the Federal Rules of Civil Procedure.  Discovery will be completed by December 18, 2014.

Order to Conduct Discovery - 1
*U.S. v. Jennifer Klepach,* (Case No. CR13-5597BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     IT IS FURTHER ORDERED that an ancillary hearing will be set for the 29th day of January, 2015 at 10:00 a.m. to litigate the petition of Jose Ventura-Garcia.

    DATED this 22nd day of October, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

 s/Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone:    253-428-3809
Fax No.:      253-383-7974
E-Mail:       Matthew.H.Thomas@usdoj.gov


 /s/Sunni Y. Ko
SUNNI Y. KO
The Law Office of Sunni Ko, PLLC
1105 Tacoma Avenue South
Tacoma, WA 98402
Office:  (253) 383-5346
Fax:     (253) 572-6662
E-Mail: Sunni@sunnikolaw.com

Order to Conduct Discovery - 2
*U.S. v. Jennifer Klepach,* (Case No. CR13-5597BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800